# EXHIBIT A

CC447473

**Commonwealth of Massachusetts**

FORWARDED BY THE
CITY CLERK TO THE

APR - 2 2021

LAW DEPARTMENT

LAW DEPT '21 APR 2 PH3'11

RECEIVED
CITY CLERKS OFFICE
2021 APR - 2 A 11:2
BOSTON, MA

SUFFOLK, SS.

TRIAL COURT OF THE COMMONWEALTH
SUPERIOR COURT DEPARTMENT
CIVIL DOCKET NO. <u>2184 CV 0314</u>

<u>Winston Kendall</u>, PLAINTIFF(S),

v.

<u>John Doe, Richard Roe and</u>
<u>City of Boston BPD</u>, DEFENDANT(S)

**SUMMONS**

THIS SUMMONS IS DIRECTED TO <u>City of Boston</u>. (Defendant's name)

<u>You are being sued.</u>   The Plaintiff(s) named above has started a lawsuit against you. A copy of the Plaintiff's Complaint filed against you is attached to this summons and the original complaint has been filed in the <u>Suffolk Superior</u> Court. **YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.**

1. **You must respond to this lawsuit in writing within 20 days.** If you do not respond, the court may decide the case against you and award the Plaintiff everything asked for in the complaint. You will also lose the opportunity to tell your side of the story. You must respond to this lawsuit in writing even if you expect to resolve this matter with the Plaintiff. **If you need more time to respond, you may request an extension of time in writing from the Court.**

2. **How to Respond.**   To respond to this lawsuit, you must file a written response with the court **and** mail a copy to the Plaintiff's Attorney (or the Plaintiff, if unrepresented).  You can do this by:

   a. Filing your **signed original** response with the Clerk's Office for Civil Business, <u>Suffolk Superior</u> Court,
   <u>3 Pemberton Square</u> (address), by mail or in person, **AND**
   <u>Boston, MA 02108</u>

   b. Delivering or mailing a **copy** of your response to the Plaintiff's Attorney/Plaintiff at the following address: <u>22 Broad Street, Lynn, MA 01902</u>

3. **What to include in your response.**  An **"Answer"** is one type of response to a Complaint.  Your Answer must state whether you agree or disagree with the fact(s) alleged in each paragraph of the Complaint. Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to use them in court. If you have any claims against the Plaintiff (referred to as **counterclaims**) that are based on the same facts or transaction described in the Complaint, then you must include those claims in your Answer. Otherwise, you may lose your right to sue the Plaintiff about anything related to this lawsuit. If you want to have your case heard by a jury, you must **specifically** request a jury trial in your Answer or in a written demand for a jury trial that you must send to the other side and file with the court no more than 10 days after sending your Answer.  You can also respond to a Complaint by filing a **"Motion to Dismiss,"** if you believe that the complaint is legally invalid or legally insufficient.  A Motion to Dismiss must be based on one of the legal deficiencies or reasons listed under **Mass. R. Civ. P. 12.** If you are filing a Motion to Dismiss, you must also comply with the filing procedures for "Civil Motions" described in the rules of the Court in which the complaint was filed, available at www.mass.gov/courts/case-legal-res/rules of court.

A true copy Attest:
3-26-21   Deputy Sheriff Suffolk County

4.   Legal Assistance. You may wish to get legal help from a lawyer. If you cannot get legal help, some basic information for people who represent themselves is available at www.mass.gov/courts/selfhelp.

5.   **Required information on all filings:** The "civil docket number" appearing at the top of this notice is the case number assigned to this case and must appear on the front of your Answer or Motion to Dismiss. You should refer to yourself as the "Defendant."

Witness Hon. Judith Fabricant, Chief Justice on _____, 20_____.

Michael Joseph Donovan
Clerk-Magistrate

Note: The number assigned to the Complaint by the Clerk-Magistrate at the beginning of the lawsuit should be indicated on the summons before it is served on the Defendant.

## PROOF OF SERVICE OF PROCESS

I hereby certify that on _____, 20_____, I served a copy of this summons, together with a copy of the complaint in this action, on the defendant named in this summons, in the following manner (See Mass. R. Civ. P. 4 (d)(1-5)):

_____

_____

_____

Dated: _____, 20_____        Signature: _____

N.B.   TO PROCESS SERVER:

PLEASE ENTER THE DATE THAT YOU MADE SERVICE ON THE DEFENDANT IN THIS BOX — BOTH ON THE ORIGINAL SUMMONS AND ON THE COPY OF THE SUMMONS SERVED ON THE DEFENDANT.

# COMMONWEALTH OF MASSACHUSETTS

**SUFFOLK, ss.**                    **SUPERIOR COURT DEPARTMENT**
                                    **CIVIL ACTION NO.:**

| | |
|---|---|
| **WINSTON KENDALL** ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **COMPLAINT** |
| ) | |
| **JOHN DOE** ) | |
| **RICHARD ROE** ) | |
| **CITY OF BOSTON BPD** ) | |
| **Defendants** ) | |

Parties

1. Plaintiff, **WINSTON KENDALL**, is an adult, black male resident in the Commonwealth of Massachusetts, who was born in Trinidad & Tobago.  Plaintiff is a member of a protected class.  At all times relevant to this action, plaintiff maintains residence in Dorchester, County of Suffolk, Massachusetts.

2. Defendant John Doe (hereinafter "Doe"), is a white male, resident of the United States whose address is unknown to Plaintiff.  Plaintiff will seek leave to amend this complaint to state such address, when he is informed of same through the discovery process.  At all times relevant to this action, Doe was employed as a law enforcement official for the City of Boston in the Boston Police Department (hereinafter "B.P.D.").  Doe is being sued in his official and individual capacities.

3. Defendant Richard Roe (hereinafter "Roe"), is a white male, resident of the United States whose address is unknown to Plaintiff.  Plaintiff will seek leave to amend this complaint to state such address, when he is informed of same through the discovery process.  At all times relevant to this action, Roe was employed as a law enforcement official for the City of Boston in the Boston Police Department (hereinafter "B.P.D.").  Roe is being sued in his official and individual capacities.

4. Defendant City of Boston (hereinafter "Defendant COB"),is a corporation duly organized under the law of the Commonwealth of Massachusetts, with headquarters located at 1 City Hall Square, Boston, Suffolk County, Massachusetts.  The city operates, manages and controls the Boston Police Department and is responsible for the training of its officers, implementing and enforcing policies and superintending and monitoring the activities of its officers.  At all times relevant to this action, the City of Boston employed defendants Doe and Roe in its Boston Police Department.

## Background

5.  At all times relevant to this action, there was a policy/practice, among a significant number of officers of the B.P.D. whereby officers, acting under colour of law, would harass, stop, detain, interrogate without reasonable suspicion, black persons, especially black males. The said policy/practice was open and notorious, well-known to the Mayor of the City of Boston, Corporation Counsel, B.P.D. managers and supervisory officials who have declined to carefully, monitor, supervise, superintend and train law enforcement officers, with regard to the constitutional rights of citizens. The defendant COB, has approved of, condoned, and ratified, the illegal and race based conduct of its officers, as above described.

6.  Officers of the B.P.D., in the course of their daily duties, would act in accordance with the said policy/practice of harassing black people, stopping them, interrogating, searching them and detaining them without reasonable suspicion, in violation of their right, inter alia to be free from unreasonable search and seizure.

7.  On or about 13th February, 2018, the plaintiff was walking at/near the intersection of Columbus Avenue and Malcolm X Boulevard, at or about 1:00 p.m. to 1:30 p.m., when the defendants Doe and Roe, in full uniform, without reasonable suspicion, stopped plaintiff by pursuing and then coming from behind the Plaintiff getting directly in front of him, "face to face", and detained him and brusquely interrogated him.

8.  In so doing, the defendants were motivated by race and were acting in accordance with the policy/practice, above described, of racially harassing, detaining and interrogating black persons, without reasonable suspicion

9.  The plaintiff did not consent to or condone, the unlawful stop, detention and interrogation and in fact, vigorously protested against the violation of his rights including but not limited to the custodial interrogation by the defendants.

10. The defendants released plaintiff from their custody only after plaintiff was compelled to produce "identification" papers consisting of his driver's license and Board of Bar Overseers' card, and handing them over to the officers.

11. Plaintiff caused to be sent to the defendant COB, a Notice of Claim, in which was set forth, the facts of the unlawful, racially motivated harassment and detention.

12. That the defendants never explained why they pursued and stopped the plaintiff.

13. Defendant has not responded, in any fashion, to the Notice of Claim.

### Count I
### Claims for Relief (Doe and Roe)?
### (Violation of Rights Under M.G.L.c.12, S.11H.)

14. Plaintiff repeats and re-avers all of the averments of paragraphs 1 through 13, with the same

force and effect as if fully set forth herein.

15. By reason of the foregoing, defendants Doe and Roe, violated plaintiff's rights under G.L.c.12H.S.11H.

### Count II
#### (Violation of Rights Under M.G.L.c.11 I)

16. Plaintiff repeats and re-avers, all of the averments of paragraphs 1 through 15, with the same force and effect as if fully set forth herein.

17. By reason of the foregoing, defendants Doe and Roe, by threats, intimidation and coercion, violated plaintiff's rights secured by G.L.c.12. S.11 I.

### Count III
#### (False Arrest and Imprisonment)

18. Plaintiff repeats and re-avers, all of the averments of paragraphs 1 through 17, with the same force and effect as if fully set forth herein.

19. By reason of the foregoing, defendants subjected plaintiff to false arrest and imprisonment.

### Count IV
#### (Violation of the MTCA)

20. Plaintiff repeats and re-avers, all of the averments of paragraphs 1 through 19, with the same force and effect as if fully set forth herein.

21. By reason of the foregoing, defendant City of Boston, negligently, recklessly and carelessly, caused the plaintiff to be subjected to false arrest, false imprisonment, assault and battery and violation of his rights under the MCRA.

### Count V
#### (False Arrest and Imprisonment)

22. Plaintiff repeats and re-avers, all of the averments of paragraphs 1 through 21, with the same force and effect as if fully set forth herein.

23. By reason of the foregoing, defendants and all of them, subjected plaintiff to false arrest and imprisonment.

### Count VI
#### (Assault)

24. Plaintiff repeats and re-avers, all of the averments of paragraphs 1 through 23, with the same

force and effect as if fully set forth herein.

25. By reason of the foregoing, defendants and all of them, subjected plaintiff to assault.

Count VII
(Intentional Infliction of Emotional Distress)

26. Plaintiff repeats and re-avers, all of the averments of paragraphs 1 through 25, with the same force and effect as if fully set forth herein.

27. By reason of the foregoing, defendants and all of them, by virtue of threats, intimidation, coercion and egregiously racist misconduct, inter alia, violated plaintiff's right to be free from emotional distress.

28. As a direct and proximate result of the foregoing, plaintiff was caused to suffer pain in body and mind, was forced to expend monies for medical care and attendance, was prevented from transacting his business and was otherwise damaged.

**JURY TRIAL DEMAND**

Respectfully Submitted
Winston Kendall
By His Attorney

2-10-21

Anthony W, Fugate
Bardouille and Fugate
22 Broad Street
Lynn, Massachusetts 01902
(781) 593-8888
BBO# 180980

| CIVIL ACTION COVER SHEET | DOCKET NUMBER | Trial Court of Massachusetts The Superior Court | Massachusetts Court System Ofile |
|---|---|---|---|

| PLAINTIFF(S): | Winston Kendall | COUNTY | Suffolk |
|---|---|---|---|
| ADDRESS: | 146 Warren Street | | |
| | Roxbury, MA  02119 | DEFENDANT(S): | John Doe |
| | | | Richard Roe |
| ATTORNEY: | Anthony W. Fugate, Esq. | | City of Boston |
| ADDRESS: | Bardouille and Fugate Attorneys at Law | ADDRESS: | 1 City Hall Square |
| | 22 Broad Street | | Boston, Suffolk County, Massachusetts  02201 |
| | Lynn, MA  01902 | | |
| BBO: | 180980 | | |

### TYPE OF ACTION AND TRACK DESIGNATION (see reverse side)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | HAS A JURY CLAIM BEEN MADE? |
|---|---|---|---|
| E17 | Civil Rights | A | [X] YES    [ ] NO |

**If "Other" please describe:**

Is there a claim under G.L. c. 93A?  [ ] YES  [X] NO        Is this a class action under Mass. R. Civ. P. 23?  [ ] YES  [X] NO

### STATEMENT OF DAMAGES PURSUANT TO G.L. c. 212, § 3A

The following is a full, itemized and detailed statement of the facts on which the undersigned plaintiff or plaintiff's counsel relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

#### TORT CLAIMS
(attach additional sheets as necessary)

A. Documented medical expenses to date:
    1. Total hospital expenses ............................................................................................ $_____
    2. Total doctor expenses ............................................................................................. $_____
    3. Total chiropractic expenses .................................................................................... $_____
    4. Total physical therapy expenses ............................................................................ $_____
    5. Total other expenses (describe below) ................................................................... $_____
                                      Subtotal (A): $_____

B. Documented lost wages and compensation to date ....................................................... $_____
C. Documented property damages to date ......................................................................... $_____
D. Reasonably anticipated future medical and hospital expenses ...................................... $_____
E. Reasonably anticipated lost wages ............................................................................... $_____
F. Other documented items of damages (describe below) ................................................. $_____

G. Briefly describe plaintiff's injury, including the nature and extent of injury:

                                           TOTAL (A-F):$_____

#### CONTRACT CLAIMS
(attach additional sheets as necessary)

[ ] This action includes a claim involving collection of a debt incurred pursuant to a revolving credit agreement. Mass. R. Civ. P. 8.1(a).
Provide a detailed description of claim(s):

                                           TOTAL: $_____

Signature of Attorney/ Unrepresented Plaintiff: X _____        Date: 2-10-21

RELATED ACTIONS: Please provide the case number, case name, and county of any related actions pending in the Superior Court.

### CERTIFICATION PURSUANT TO SJC RULE 1:18

I hereby certify that I have complied with requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods of dispute resolution.

Signature of Attorney of Record: X _____        Date: 2-10-21

# CIVIL ACTION COVER SHEET INSTRUCTIONS
## SELECT CATEGORY THAT BEST DESCRIBES YOUR CASE

### AC Actions Involving the State/Municipality *

| | |
|---|---|
| AA1 Contract Action involving Commonwealth, Municipality, MBTA, etc. | (A) |
| AB1 Tortious Action involving Commonwealth, Municipality, MBTA, etc. | (A) |
| AC1 Real Property Action involving Commonwealth, Municipality, MBTA etc. | (A) |
| AD1 Equity Action involving Commonwealth, Municipality, MBTA, etc. | (A) |
| AE1 Administrative Action involving Commonwealth, Municipality, MBTA,etc. | (A) |

### CN Contract/Business Cases

| | |
|---|---|
| A01 Services, Labor, and Materials | (F) |
| A02 Goods Sold and Delivered | (F) |
| A03 Commercial Paper | (F) |
| A04 Employment Contract | (F) |
| A05 Consumer Revolving Credit - M.R.C.P. 8.1 | (F) |
| A06 Insurance Contract | (F) |
| A08 Sale or Lease of Real Estate | (F) |
| A12 Construction Dispute | (A) |
| A14 Interpleader | (F) |
| BA1 Governance, Conduct, Internal Affairs of Entities | (A) |
| BA3 Liability of Shareholders, Directors, Officers, Partners, etc. | (A) |
| BB1 Shareholder Derivative | (A) |
| BB2 Securities Transactions | (A) |
| BC1 Mergers, Consolidations, Sales of Assets, Issuance of Debt, Equity, etc. | (A) |
| BD1 Intellectual Property | (A) |
| BD2 Proprietary Information or Trade Secrets | (A) |
| BG1 Financial Institutions/Funds | (A) |
| BH1 Violation of Antitrust or Trade Regulation Laws | (A) |
| A99 Other Contract/Business Action - Specify | (F) |

\* Choose this case type if ANY party is the Commonwealth, a municipality, the MBTA, or any other governmental entity UNLESS your case is a case type listed under Administrative Civil Actions (AA).

† Choose this case type if ANY party is an incarcerated party, UNLESS your case is a case type listed under Administrative Civil Actions (AA) or is a Prisoner Habeas Corpus case (E97).

### ER Equitable Remedies

| | |
|---|---|
| D01 Specific Performance of a Contract | (A) |
| D02 Reach and Apply | (F) |
| D03 Injunction | (F) |
| D04 Reform/ Cancel Instrument | (F) |
| D05 Equitable Replevin | (F) |
| D06 Contribution or Indemnification | (F) |
| D07 Imposition of a Trust | (A) |
| D08 Minority Shareholder's Suit | (A) |
| D09 Interference in Contractual Relationship | (F) |
| D10 Accounting | (A) |
| D11 Enforcement of Restrictive Covenant | (F) |
| D12 Dissolution of a Partnership | (F) |
| D13 Declaratory Judgment, G.L. c. 231A | (A) |
| D14 Dissolution of a Corporation | (F) |
| D99 Other Equity Action | (F) |

### PA Civil Actions Involving Incarcerated Party †

| | |
|---|---|
| PA1 Contract Action involving an Incarcerated Party | (A) |
| PB1 Tortious Action involving an Incarcerated Party | (A) |
| PC1 Real Property Action involving an Incarcerated Party | (F) |
| PD1 Equity Action involving an Incarcerated Party | (F) |
| PE1 Administrative Action involving an Incarcerated Party | (F) |

### TR Torts

| | |
|---|---|
| B03 Motor Vehicle Negligence - Personal Injury/Property Damage | (F) |
| B04 Other Negligence - Personal Injury/Property Damage | (F) |
| B05 Products Liability | (A) |
| B06 Malpractice - Medical | (A) |
| B07 Malpractice - Other | (A) |
| B08 Wrongful Death - Non-medical | (A) |
| B15 Defamation | (A) |
| B19 Asbestos | (A) |
| B20 Personal Injury - Slip & Fall | (F) |
| B21 Environmental | (F) |
| B22 Employment Discrimination | (F) |
| BE1 Fraud, Business Torts, etc. | (A) |
| B99 Other Tortious Action | (F) |

### RP Summary Process (Real Property)

| | |
|---|---|
| S01 Summary Process - Residential | (X) |
| S02 Summary Process - Commercial/ Non-residential | (F) |

### RP Real Property

| | |
|---|---|
| C01 Land Taking | (F) |
| C02 Zoning Appeal, G.L. c. 40A | (F) |
| C03 Dispute Concerning Title | (F) |
| C04 Foreclosure of a Mortgage | (X) |
| C05 Condominium Lien & Charges | (X) |
| C99 Other Real Property Action | (F) |

### MC Miscellaneous Civil Actions

| | |
|---|---|
| E18 Foreign Discovery Proceeding | (X) |
| E97 Prisoner Habeas Corpus | (X) |
| E22 Lottery Assignment, G.L. c. 10, § 28 | (X) |

### AB Abuse/Harassment Prevention

| | |
|---|---|
| E15 Abuse Prevention Petition, G.L. c. 209A | (X) |
| E21 Protection from Harassment, G.L. c. 258E | (X) |

### AA Administrative Civil Actions

| | |
|---|---|
| E02 Appeal from Administrative Agency, G.L. c. 30A | (X) |
| E03 Certiorari Action, G.L. c. 249, § 4 | (X) |
| E05 Confirmation of Arbitration Awards | (X) |
| E06 Mass Antitrust Act, G.L. c. 93, § 9 | (A) |
| E07 Mass Antitrust Act, G.L. c. 93, § 8 | (X) |
| E08 Appointment of a Receiver | (X) |
| E09 Construction Surety Bond, G.L. c. 149, §§ 29, 29A | (A) |
| E10 Summary Process Appeal | (X) |
| E11 Worker's Compensation | (X) |
| E16 Auto Surcharge Appeal | (X) |
| E17 Civil Rights Act, G.L. c.12, § 11H | (A) |
| E24 Appeal from District Court Commitment, G.L. c. 123, § 9(b) | (X) |
| E25 Pleural Registry (Asbestos cases) | |
| E94 Forfeiture, G.L. c. 265, § 56 | (X) |
| E95 Forfeiture, G.L. c. 94C, § 47 | (F) |
| E99 Other Administrative Action | (X) |
| Z01 Medical Malpractice - Tribunal only, G.L. c. 231, § 60B | (F) |
| Z02 Appeal Bond Denial | (X) |

### SO Sex Offender Review

| | |
|---|---|
| E12 SDP Commitment, G.L. c. 123A, § 12 | (X) |
| E14 SDP Petition, G.L. c. 123A, § 9(b) | (X) |

### RC Restricted Civil Actions

| | |
|---|---|
| E19 Sex Offender Registry, G.L. c. 6, § 178M | (X) |
| E27 Minor Seeking Consent, G.L. c.112, § 12S | (X) |

### TRANSFER YOUR SELECTION TO THE FACE SHEET

EXAMPLE:

| CODE NO. | TYPE OF ACTION (specify) | TRACK | HAS A JURY CLAIM BEEN MADE? |
|---|---|---|---|
| | | | [X] YES    [ ] NO |
| B03 | Motor Vehicle Negligence-Personal Injury | F | |

## STATEMENT OF DAMAGES PURSUANT TO G.L. c. 212, § 3A

**DUTY OF THE PLAINTIFF -** The plaintiff shall set forth, on the face of the civil action cover sheet (or attach additional sheets as necessary), a statement specifying the facts on which the plaintiff relies to determine money damages. A copy of such civil action cover sheet, including the statement as to the damages, shall be served with the complaint. **A clerk-magistrate shall not accept for filing a complaint, except as otherwise provided by law, unless it is accompanied by such a statement signed by the attorney or self-represented litigant.**

**DUTY OF THE DEFENDANT -** If the defendant believes that the statement of damages filed by the plaintiff is inadequate, the defendant may file with his/her answer a statement specifying the potential damages which may result if the plaintiff prevails.

**A CIVIL COVER SHEET MUST BE FILED WITH EACH COMPLAINT.**
**FAILURE TO COMPLETE THIS COVER SHEET THOROUGHLY AND ACCURATELY**
**MAY RESULT IN DISMISSAL OF THIS ACTION.**

| CIVIL TRACKING ORDER<br>(STANDING ORDER 1- 88) | DOCKET NUMBER<br>2184CV00314 | Trial Court of Massachusetts<br>The Superior Court |
|---|---|---|
| CASE NAME:<br>Kendall, Winston vs. John Doe Richard Roe City of Boston | | Michael Joseph Donovan, Clerk of Court |
| TO:  File Copy<br><br>, | | COURT NAME & ADDRESS<br>Suffolk County Superior Court - Civil<br>Suffolk County Courthouse, 12th Floor<br>Three Pemberton Square<br>Boston, MA 02108 |

### TRACKING ORDER - A - Average

You are hereby notified that this case is on the track referenced above as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated.

| <u>STAGES OF LITIGATION</u> | <u>DEADLINE</u> | | |
|---|---|---|---|
| | SERVED BY | FILED BY | HEARD BY |
| Service of process made and return filed with the Court | | 05/12/2021 | |
| Response to the complaint filed (also see MRCP 12) | | 06/11/2021 | |
| All motions under MRCP 12, 19, and 20 | 06/11/2021 | 07/12/2021 | 08/10/2021 |
| All motions under MRCP 15 | 04/07/2022 | 05/09/2022 | 05/09/2022 |
| All discovery requests **and depositions** served and non-expert depositions completed | 02/01/2023 | | |
| All motions under MRCP 56 | 03/03/2023 | 04/03/2023 | |
| Final pre-trial conference held and/or firm trial date set | | | 07/31/2023 |
| Case shall be resolved and judgment shall issue by | | | 02/12/2024 |

**The final pre-trial deadline is <u>not the scheduled date of the conference</u>.** You will be notified of that date at a later time.

**Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.**

This case is assigned to

| DATE ISSUED<br>**02/11/2021** | ASSISTANT CLERK<br>**Christine M Hayes** | PHONE<br>**(617)788-8141** |
|---|---|---|

Date/Time Printed: 02-11-2021 14:05:35                                                                SCV026\ 08/2018